

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza, 5th Fl.*
*Central Islip, New York 11722*

June 19, 2019

<u>Via ECF</u>

Honorable Joan M. Azrack
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    *United States of America v. Confidence U.S.A. Inc., et al*,
               Index No. 19-cv-03073 (JMA)(SIL)

Dear Judge Azrack:

      The undersigned represents the Plaintiff, the United States of America ("Plaintiff"), in the above-referenced matter to respectfully request that the initial conference (currently scheduled for June 27, 2019 at 3 pm) be adjourned to another date. The reason for this request is that this date conflicts with previously scheduled vacation. I have conferred with my adversary who consents with this request. The parties propose that the conference be moved to August 8, 2019, on which I understand the Court has availability. This is Plaintiff's first request with regard to this conference. Thank you for your consideration.

                                      Respectfully Submitted,

                                      RICHARD P. DONOGHUE
                                      United States Attorney

                      By:    /s/
                                      ROBERT W. SCHUMACHER
                                      Assistant United States Attorney
                                      (631) 715-7871

cc:    Hugh H. Mo, Esq. (via ECF)
        Elizabeth L. Mo, Esq.