**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　　　　　**Plaintiff,**<br><br> v.<br><br>**CONFIDENCE, U.S.A., INC.,**<br>**HELEN CHIAN, and JIM CHAO,**<br><br> **Defendants.** | **Case No. CV-19-3073**<br>**(JMA) (SIL)** |

　　　　**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and the pleadings herein, Plaintiff, the United States of America, by its attorneys, Seth D. DuCharme, Acting United States Attorney for the Eastern District of New York, Robert W. Schumacher, Assistant United States Attorney, and Raquel Toledo, Trial Attorney, will move this Court before the Honorable Joan M. Azrack, at the United States Courthouse, 100 Federal Plaza, Central Islip, New York, on a date and time to be determined by the Court, for an order pursuant to Fed. R. Civ. P. 56 granting Plaintiff's motion for summary judgment, entering the proposed Order of Permanent Injunction, and awarding Plaintiff such further and different relief as the Court deems to be just and proper.

Dated: Central Islip, New York
      October 16, 2020

                                      SETH D. DuCHARME
                                      Acting United States Attorney
                                      Eastern District of New York
                                      Attorney for Defendant
                                      610 Federal Plaza
                                      Central Islip, New York 11722

                        By:    *s/Robert W. Schumacher*
                                      ROBERT W. SCHUMACHER
                                      Assistant United States Attorney
                                      (631) 715-7871

                                      *s/Raquel Toledo*
                                      RAQUEL TOLEDO
                                      Trial Attorney
                                      Consumer Protection Branch
                                      Civil Division
                                      U.S. Department of Justice
                                      (202) 532-4719

To:    Hugh Mo, Esq.
        Elizabeth L. Mo, Esq.
        Pedro Medina, Esq.