**CIVIL CAUSE FOR PRE-TRIAL CONFERENCE VIA VIDEOCONFERENCE**
BEFORE JUDGE KORMAN   DATE: 2/17/2021   TIME: 3 HOURS, 20 MIN.
19CV3073

TITLE:          United States of America-v.-Confidence U.S.A. Inc et al

PLTFFS ATTY:     Bob Schumacher
                  x  present          ___ not present

                 Raquel Toledo
                  x  present          ___ not present

                 Jennifer C. Argabright
                  x  present          ___ not present

DEFTS ATTY:      Elizabeth Li Mo
                  x  present          ___ not present

                 Hugh H. Mo
                  x  present          ___ not present


Court Reporter: Michele Nardone / Linda Danelczyk     COURTROOM DEPUTY: Talia Magnas

x    CASE CALLED.       x    SETTLEMENT CONF HELD.

x   COURT RESERVES JUDGMENT

**OTHER:** In re: the Court's order of 2/10/2021: Hearing held. Defendants' attorney call James Lassiter (exhibits A and B, direct, cross). Closing arguments heard. Decision reserved.